McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
3654 Federal Building
1130 O Street
Fresno, California 93721
Telephone: (559) 498-7294


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. F. No. 05-0161 OWW |
| | ) |
| Plaintiff, | ) ORDER STAYING MAGISTRATE'S ORDER |
| | ) RELEASING DEFENDANT ON O/R |
| v. | ) |
| | ) |
| CESAR ISAIAS GONZALEZ-ZAMORA, | ) |
| aka Ruben Herrera | ) |
| aka Oaxaca, | ) |
| | ) |
| | ) |
| Defendant. | |

Upon application of the United States Government for stay of
the order of the Magistrate Judge setting conditions of release
for the above-named defendants, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate Judge's order
setting conditions for release of the above-named defendant, be
stayed pending the disposition of the government's motion to
revoke such order.

IT IS FURTHER ORDERED that the hearing on said motion be set
as soon as practicable.

Dated: October **12**, 2005       /s/ OLIVER W. WANGER
                                          OLIVER W. WANGER
                                          U.S. District Judge

1