McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CR. NO. 05-0161 OWW |
| )                                  Plaintiff,              ) | |
| )     v.                           ) | STIPULATION RE: |
| )                                  ) | CONTINUANCE AND ORDER |
| CESAR GONZALEZ ZAMORA,             ) | |
| )                                  Defendant.             ) | |
| _____) | |

   Defendant CESAR GONZALEZ ZAMORA, by and through his attorney, DANIEL HARRALSON, and the United States of America, by and through its attorneys, McGREGOR W. SCOTT, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

   1.  The parties to the above-captioned matter agree to vacate the March 6, 2006, hearing date in this matter and reset it for March 13, 2006, at 1:30 p.m.

   2.  The parties further agree to set the deadline for the government's response to the defendant's pretrial motion on March 7, 2006.

   3.  The parties stipulate that the continuance is necessitated by the government's need to adequately respond to the

1  defendant's motion and to accommodate the government's attorney's
2  deadline for the filing of an appeal brief in <u>United States v.</u>
3  <u>Alvarez-Marroquin</u>, C.A. No. 05-10563, due on March 6 in the Ninth
4  Circuit Court of Appeals, and to honor the jury summons issued to
5  the government's attorney requiring her appearance in Fresno
6  County Superior Court on March 6.
7       4.   The parties stipulate that time would be excluded under
8  the Speedy Trial Act and that the ends of justice served by
9  granting the requested continuance outweigh the best interests of
10 the public and the defendant in a speedy trial, in that the
11 failure to grant the continuance would deny the government
12 sufficient time to adequately respond to the defendant's pretrial
13 motion.

14 DATED: March 28, 2006                    Respectfully submitted,

15                                          McGREGOR W. SCOTT
                                            United States Attorney
16
                                            By /s/ Karen A. Escobar
17                                            KAREN A. ESCOBAR
                                            Assistant U.S. Attorney
18

19 DATED: March 28, 2006                    /s/Daniel Harralson
                                            DANIEL HARRALSON
20                                          Attorney for Defendant
                                            CESAR GONZALEZ ZAMORA
21
                IT IS SO ORDERED.
22
   **Dated:   February 28, 2006**              **/s/ Oliver W. Wanger**
23 emm0d6                                   UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2